# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00365-CV

**In re Karla Roberson**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Karla Roberson has filed a pro se petition for writ of mandamus complaining of the district court's alleged failure to set a hearing on the real party's motion to dissolve or modify writ of garnishment as required by Rule 664a of the Texas Rules of Appellate Procedure. Having reviewed the petition and the record provided, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

It is relator's burden to properly request and show entitlement to mandamus relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992); *In re Davidson*, 153 S.W.3d 490, 491 (Tex. App.—Amarillo 2004, orig. proceeding); *see also Barnes v. State*, 832 S.W.2d 424, 426 (Tex. App.—Houston [1st Dist.] 1992, orig. proceeding) (per curiam) ("Even a pro se applicant for a writ of mandamus must show himself entitled to the extraordinary relief he seeks"). In this regard, the relator must provide the reviewing court with a record sufficient to establish the right to mandamus relief. *See Walker*, 827 S.W.2d at 837; *In re Blakeney*, 254 S.W.3d 659, 661–62 (Tex. App. —Texarkana 2008, no pet.); *see also* Tex. R. App. P. 52.7(a)(1) (relator must file

with petition "a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding"), 52.7(a) (specifying required contents for record), 52.3(k) (specifying required contents for appendix).

Here, Roberson has not provided this Court with a sworn or certified copy of the complained-of order or any other document that was filed in the underlying proceedings. We therefore conclude that, based on the record provided, Roberson has failed to show her entitlement to mandamus relief. Accordingly, we deny the petition for writ of mandamus and dismiss the emergency motion for expedited consideration as moot. *See* Tex. R. App. P. 52.8(a).

_____

Gisela D. Triana, Justice

Before Justices Triana, Theofanis and Crump

Filed: May 30, 2025